NUMBER
13-05-159-CR

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG

_________________________________________________________

 

JAMES MARTIN TRUSTY, II,                                      Appellant,

 

                                           v.

 

THE STATE OF TEXAS,                                              Appellee.

_________________________________________________________

 

                   On
appeal from the 36th District Court 

                           of
Aransas County, Texas.

_________________________________________________________

 

                     MEMORANDUM
OPINION

 

             Before
Justices Hinojosa, Yañez, and Rodriguez

                       Memorandum
Opinion Per Curiam

 

Appellant, JAMES MARTIN TRUSTY, II,
perfected an appeal from a judgment entered by the 36th District
Court of Aransas County, Texas, 
in cause number A-04-5155-CR.  Appellant has filed a motion to dismiss the
appeal.  The motion complies with Tex. R. App. P. 42.2(a).








The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted.  Appellant's motion to
dismiss the appeal is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.2(b).

Memorandum Opinion
delivered and filed this

the 27th
day of October, 2005.